ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MATTHEW P. LANE (SBN 265845)
Special Assistant United States Attorney
KRISTEN M. LEE (SBN 239464)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone:(213) 894-0332 / 6117
    Facsimile:(213) 894-7819
    Email: matthew.lane@usdoj.gov
          kristen.lee@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARY ESTELLE GWIN, | ) No. 2:09-cv-08511-JHN-RZx |
|     Plaintiff, | ) |
| v. | ) JUDGMENT |
| UNITED STATES OF AMERICA, | ) Hon. Jacqueline H. Nguyen |
|     Defendant. | ) |

The Court, having granted the Motion for Summary Judgment brought by defendant United States of America in its entirety, hereby orders the Clerk to enter Judgment in favor of defendant United States of America.

DATED: May 4, 2011                _____
                                       JACQUELINE H. NGUYEN
                                       UNITED STATES DISTRICT JUDGE